Opinion by Richardson, J. In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 63742.**—Wm. Zakon & Sons, Inc., and H. P. Lambert Company et al. *v.* United States, protests 948701–G, etc. (Boston).

Opinion by Richardson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 63743.**—Capitol Wine & Spirit Corp. *v.* United States, protests 76084–K, etc. (New York).

Opinion by Richardson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 63744.**—Federal Wine & Liquor Co. *v.* United States, protests 78049–K, etc. (New York).

Opinion by Richardson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 63745.**—Wine Shippers Import Corp. *v.* United States, protests 86491–K, etc. (New York).

Opinion by Richardson, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved